**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LISA L. SWIGART<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:16-23800<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

November 22, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/10/2016 and confirmed on 12/12/16. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 82,653.96 |
| Less Refunds to Debtor | 684.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 81,969.48 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,500.00 | |
|   Trustee Fee | 3,898.21 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,398.21 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA<br>    Acct: 3312 | 0.00 | 36,667.67 | 0.00 | 36,667.67 |
|   PNC BANK NA<br>    Acct: 3312 | 431.25 | 431.25 | 0.00 | 431.25 |
|   PERITUS PORTFOLIO SERVICES II LLC<br>    Acct: 2271 | 0.00 | 18,046.24 | 0.00 | 18,046.24 |
| | | | | 55,145.16 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LISA L. SWIGART<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LISA L. SWIGART<br>    Acct: | 684.48 | 684.48 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   ECMC(\*)<br>    Acct: 6309 | 21,311.18 | 6,402.32 | 0.00 | 6,402.32 |
|   PORTFOLIO RECOVERY ASSOCIATES, LL<br>    Acct: 8493 | 2,928.99 | 879.93 | 0.00 | 879.93 |
|   DISCOVER BANK(\*)<br>    Acct: 4949 | 5,393.09 | 1,620.20 | 0.00 | 1,620.20 |
|   MIDLAND FUNDING LLC<br>    Acct: 7480 | 4,194.01 | 1,259.97 | 0.00 | 1,259.97 |
|   LENDERS CLUB<br>    Acct: 3157 | 0.00 | 0.00 | 0.00 | 0.00 |
|   MERRICK BANK<br>    Acct: 7245 | 849.48 | 255.20 | 0.00 | 255.20 |
|   SYNCHRONY BANK++<br>    Acct: 5198 | 0.00 | 0.00 | 0.00 | 0.00 |
|   MIDLAND FUNDING LLC | 5,809.12 | 1,745.18 | 0.00 | 1,745.18 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0977 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 4,363.07 | 1,310.76 | 0.00 | 1,310.76 |
| Acct: 1125 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 7,389.20 | 2,219.87 | 0.00 | 2,219.87 |
| Acct: 8262 | | | | |
| ECMC(*) | 3,442.16 | 1,034.10 | 0.00 | 1,034.10 |
| Acct: 6309 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 12,311.37 | 3,698.58 | 0.00 | 3,698.58 |
| Acct: 8516 | | | | |
| SHERRI J BRAUNSTEIN ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0977 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 20,426.11 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 75,571.27 |

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 431.25 |
| UNSECURED | 67,991.67 |

Date: 11/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    LISA L. SWIGART

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-23800

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23800-GLT |
| Lisa L. Swigart | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa L. Swigart, 1401 Harvard Avenue, Natrona Heights, PA 15065-1426 |
| cr | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14303487 | + | American Education Services, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14711927 | + | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14303490 | ++ | FIRST NATIONAL BANK OF PENNSYLVANIA, ATTN JOSIE MOCKER, 4140 EAST STATE STREET, HERMITAGE PA 16148-3401 address filed with court:, First National Bank, 4140 East State Street, Hermitage, PA 16148 |
| 14303492 | + | Lenders Club, P.O. Box 39000, San Francisco, CA 94139-0001 |
| 14303493 | | Merrick Bank, P.O. Box 24410, Omaha, NE 68124-0410 |
| 14323134 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14303494 | | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14303487 | + | Email/Text: bncnotifications@pheaa.org | Nov 23 2021 23:26:00 | American Education Services, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14303488 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:28:53 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14303489 | | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Card, P.O. Box 30943, Salt Lake City, UT 84130 |
| 14310525 | | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14303490 | | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 23 2021 23:25:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148 |
| 14303491 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:02 | JC Penney, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14357515 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:28:46 | LVNV Funding, LLC its successors and assigns as, assignee of Kish Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745431 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:29:08 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14331890 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2021 23:28:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14358014 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2021 23:26:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14381571 | | Email/Text: peritus@ebn.phinsolutions.com | Nov 23 2021 23:26:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14367526 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 23 2021 23:25:00 | PNC Bank, N.A., 3232 Newmark Drive, |

Case 16-23800-GLT   Doc 68   Filed 11/25/21   Entered 11/26/21 00:29:27   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Miamisburg, OH 45342 |
| 14374240 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307579 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:29:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14303495 | | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:02 | Sam's Club, c/o Synchrony Bank, P.O. Box 965046, Orlando, FL 32896-5046 |
| 14303496 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:50 | Sam's Club Mastercard, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14303497 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:28:59 | Sears, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14303498 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:29:09 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14711928 | *+ | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Kenneth Steidl | on behalf of Debtor Lisa L. Swigart julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor PNC Bank  National Association mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 6